IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GERARD A. SABATKA,<br><br>    Plaintiff,<br><br>vs.<br><br>NRG ENERGY, INC., a foreign corporation;<br><br>    Defendant. | 8:15CV310<br><br>**ORDER** |

  The court's scheduling order for this case states: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." (Filing No. 11, at CM/ECF pp. 1-2). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed.Civ.R.1.

  Defendant did not comply with the court's order before filing a motion to compel.

  Accordingly,

  IT IS ORDERED that Defendant's motion to compel, (Filing No. 26), is denied.

  November 9, 2016.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge