IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GERARD A. SABATKA,<br><br>    Plaintiff,<br><br>v.<br><br>NRG ENERGY, INC.,<br><br>    Defendant. | Case No. 8:15-cv-310<br><br><br><br>**ORDER** |

IT IS ORDERED that Defendant's Motion for Extension of Trial and Other Case Progression Deadlines, (Filing No. 32), is granted as follows:

1) The progression deadlines are extended as follows:

| | |
|---|---|
| February 9, 2016 | Deadline for Defendant to disclose expert witnesses and reports |
| March 13, 2017 | Deadline to complete written discovery |
| March 23, 2017 | Deadline to file motions to compel |
| April 17, 2017 | Deadline to complete depositions |
| May 17, 2017 | Deadline to file motions to exclude testimony on *Daubert* and related grounds |
| June 16, 2017 | Deadline to file motions to dismiss and motions for summary judgment |
| September 25, 2017 | Deadline to file motions in limine |

2) The trial and pretrial conference are continued and will be re-set at the close of the settlement conference if this case is not resolved during that conference.

January 3, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge